UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:13-CR-284-1BO
Civil No. 5:20-CV-250-BO

| David Williams, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) ORDER |
| United States of America, | ) |
| Respondent. | ) |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 16 day of June, 2020.

TERRENCE W. BOYLE
CHIEF, UNITED STATES DISTRICT JUDGE